834

No. 231. EIGHTEENTH AVENUE LAND Co. *v.* CHERNO, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari denied. *Seymour H. Kligler* for petitioner. *Henry G. Ingraham* and *Emanuel Becker* for respondent.

No. 236. TAUSSIG *v.* McNAMARA, SECRETARY OF DEFENSE, ET AL. C. A. D. C. Cir. Certiorari denied. *John F. Doyle* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for respondents.

No. 239. PICKLE *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *William Earl Badgett* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.

No. 242. WOODSON, TRUSTEE IN BANKRUPTCY, ET AL. *v.* GILMER. C. A. 4th Cir. Certiorari denied. *William S. Aaron, Jr.,* and *James H. Michael, Jr.,* for petitioners. *Carl E. Hennrich* for respondent.

No. 243. GOODING ET UX. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Ernestine B. Powell* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Richard J. Heiman* for the United States.

No. 248. LITTLE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Malcolm I. Frank* and *Thurman Arnold* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.